IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DARRIEN WILLIAMS, RICHARD
BRANDON, and DAVID MARTIN                                         PLAINTIFFS

v.                              No. 4:04-CV-04109 HFB

OSMOSE UTILITIES SERVICES, INC.                                   DEFENDANT

## PROTECTIVE ORDER

Presently before the Court is the parties' joint motion for a protective order. For good cause shown, the motion is hereby granted. By agreement of the parties, the Court finds and orders as follows:

1.  In discovery, plaintiffs have requested from defendant certain documents and records that include or otherwise concern proprietary or confidential information, or concern the employment of third parties to this lawsuit. Because these documents contain private information, any documents designated or stamped "subject to protective order" shall be treated as confidential and maintained as such by all persons to whom such records are produced or disclosed. As such, the records shall be used exclusively in this pending litigation and for no other purpose.

2.  In discovery, defendant has requested from plaintiffs certain documents and records that include or otherwise concern proprietary or confidential information. Because these documents contain private information, any documents designated or stamped "subject to protective order" shall be treated as confidential and maintained as such by all persons to whom such records are produced or disclosed. As such, the records shall be used exclusively in this pending litigation and for no other purpose.

3. The phrase "shall be used exclusively in this pending action and for no other purpose" means that the documents or information subject to this protective order shall be disclosed only to the Court, Court personnel, clients, counsel, employees, professional assistants, and consultants to trial counsel who have a *bona fide* need to review the documents or information in the preparation of the case in this pending action and for no other purpose.

4. This Protective Order shall survive the termination of this litigation.

IT IS SO ORDERED this 26th day of January, 2006.

/s/ Harry F. Barnes
UNITED STATES DISTRICT JUDGE